# EXHIBIT A
# Isel
# Citizen
# Petition

Citizen Petition

August 31, 2016

The undersigned submits this petition under Title 21 Code of Federal Regulations Part 1271.270(d) of the FDA Center for Biologics Evaluation and Research (CBER) to request the Commissioner of Food and Drugs to amend Title 21 Code of Federal Regulations Part 1271.270(d) in regards to establishments involved in sperm and/or egg donation ART (Assisted Reproductive Technology) industries to require collection, upkeep, communication with donors/recipients of updates, and retention of all relevant personal and medical information from donors and recipients for a period of no less than 50 years instead of the currently required 10 year time span.

A.  Action Requested
   (1) Title 21 Code of Federal Regulations Part 1271.270(d) currently states: "You (i.e. the establishment) must retain all records for 10 years after their creation, unless stated otherwise in this part. However, you must retain the records pertaining to a particular HCT/P at least 10 years after the date of its administration, or if the date of administration is not known, then at least 10 years after the date of the HCT/Ps distribution, disposition, or expiration, whichever is latest. You must retain records for archived specimens of dura mater for 10 years after the appropriate disposition of the specimens." The proposed amendment to Title 21 Code of Federal Regulations Part 1271.270(d) requested in this petition is three-fold:
   (A) 10 years of record retention is an insufficient amount of time to satisfy the stated mission and authority of Section 361 of the Public Health Service, or PHS act, which addresses prevention of the introduction, transmission, or spread of communicable disease. No less than 50 years of record retention and availability is sufficient to stop the potential proliferation of genetic ailments which can result in severely debilitating physical and/or mental disability that can leave the sufferer incapable of functioning self-sufficiently and contributing as a productive member of society. Certain physical/mental illnesses do not present themselves until later in life and introduction, transmission and/or spread of these diseases are currently not monitored.
   (B) In addition to self-maintained records by the establishment for no less than 50 years, instead of 10; the FDA CBER division should themselves store duplicate copies of all relevant personal and medical records collected by sperm and/or egg donation ART industries for a period of no less than 50 years to provide "document redundancy" in case of catastrophic natural disaster, accidental loss/destruction of data, or breakdown in lines of communication between the establishment and donors/recipients.
   (C) All personal information from an intended donor should be collected prior to donation and made non-confidential to potential recipients for the purposes of individual/public health and well-being. The current practice of "Donor Anonymity" can have several unintentional negative after-effects, including but not limited to: increased risk of consanguinity, donors of many offspring can potentially transmit disease/disability (which is not self-reported during the personal and family medical history either due to neglect/misrepresentation or because the donor has yet to be afflicted with symptoms from still unknown or genetically recessive conditions) to scores of children, and misleading sense of security instilled in the potential donor prior to donation through the establishment imparting a false sense of protection and "guaranteed donor anonymity"; when confronted with technological realities of the day that prove this belief to be an outright fallacy: Increased availability and prominence of commercial DNA testing through commercial DNA websites (23andme, Family Tree DNA, etc.) show that any

- 1 - of - 3 -

declaration of "Guaranteed Donor Anonymity" made on the part of any establishment is an unfulfillable promise.

B.   Statement of Grounds

(1)   As a progeny of the "Repository for Germinal Choice" I have unique personal background and experience with the ART industry that compels me to submit my informed opinion and/or feedback on current regulatory standards as a technical expert in this field.

(2)   I was born on July 23rd, 1985. I was not made aware of my origins until I reached the age of 16 years old and was incapable of seeking records related to the process of my conception during the 10-year period within which they would have been legally required to have been maintained by the establishment ("The Repository for Germinal Choice") due to intentional omission of relevant facts and knowledge of the existence of this information on the part of my parents/legal guardians and the establishment.

(3)   Even had I been made aware of the existence of documents containing relevant personal/medical records pertaining to me prior to their subsequent destruction after the required retention time frame; I would have been unable to issue requests for aforementioned records as an individual due to the fact that I would have been younger than the age of 9 years old and unable to initiate legitimate requests for documentation without the willing participation and support of my parents/legal guardians; who made decisions before my birth which directly pertained to me without my informed consent due to an inability to communicate with, or obtain legally effective consent from, the subject. The burden of responsibility for obtaining informed consent from the subject themselves falls on the shoulder of the establishment "The Repository for Germinal Choice" not on my parents as indicated under Title 21 Part 50 Subpart D Sec. 50.52(c). The establishment never offered even the basic elements of informed consent to me, the subject, and if requested the establishment will be unable to provide copies of written consent forms signed and dated by me, the subject. Adequate provisions were not made on the part of the establishment to solicit my assent and this was never given freely without request.

(4)   Since becoming aware of my origins, I have contacted all parties who would have been responsible for retention of requested records and been informed that those documents no longer exist.

(5)   I have made all possible efforts to locate siblings of mine which would have been created through the use of the same donor (Donor Coral #36) to inform them of severe mental health issues reported by myself and several other naturally born children of Donor Coral #36 which may have a strong genetic component and have symptoms which may be diminished or curtailed entirely by foreknowledge of awareness of potential inheritance: increasing watchfulness for early warning signs, preventative measures (dietary changes, lifestyle improvements, etc.) and a proactive treatment approach with the aid of a psychiatric professional (if necessary). According to former bank manager Julianna McKillop as quoted in the book written by David Plotz on the topic "The Genius Factory" pp. 189 – "The Repository produced about sixty kids while she was there, she said, and half of them were Jeremy's (Donor Coral #36)". I have only been able to locate one out of the thirty possible siblings to pass along this information and that was without the assistance of the establishment ("The Repository for Germinal Choice") or the FDA. I have been unsuccessful in locating the rest of the recipients from the same donor. Keith Kimble (son of Floyd Kimble - the final owner of the sperm bank who financed the organization with a donation of $500,000 to cover day-to-day costs involved with business operations) stated to me on July

1st, 2016 that the records "do not exist anymore and that he cannot provide me with any assistance in this matter."

(6) The FDA requires 10 years of maintenance in an effort to stop the introduction, transmission or spread of communicable diseases. While not communicable in the traditional sense of the word; there is growing evidence that mental illnesses can spread from person to person via nontraditional methods sometimes not even involving direct physical contact. For examples of this and further reading, research the following terminology in which one person with a mental illness is capable of being a "patient zero"; spawning and sharing delusion(s) with otherwise healthy people: "Suicide Contagion", "Induced Delusional Disorder", "Mass Hysteria", and "Shared Psychotic Disorder" to name a few well documented examples of this known psychological phenomena.

(7) The "American Society for Reproductive Medicine" disseminates information which is known to the petitioner but unfavorable to my position. While they encourage parents of children conceived with donor sperm to be honest about the issue with their kids, they do not come out in favor of banning anonymous sperm donations. The bottom line reasoning for this position is that they have always been big proponents of "individual rights" in regard to procreation, that we get our own choices in terms of how we build and manage our families." I thoroughly disagree with this position on the grounds that lack of transparency in regards to how many recipients a donor currently has, as well as future knowledge of medical issues which may arise for either the donor or their recipients, is for all intended purposes against the stated mission of "individual rights"; not only in regards to the unavailability of information to the would-be parents, which would potentially alter their decisions about how they build and manage their families but also because "informed consent" is never solicited by the establishment and assent is never obtained from the subject themselves being used to build the aforementioned family; their "individual rights" are or should be tantamount in this process; not disregarded entirely.

C. Environmental Impact
   (1) Claim for categorical exclusion under Title 21 Part 25.31(h); ordinarily does not require the preparation of an EA or an EIS.

D. Economic Impact
   (1) Available upon request by the commissioner following review of the petition.

E. Certification
   (1) The undersigned certifies, that, to the best knowledge and belief of the undersigned, this petition includes all information and views on which the petition relies, and that it includes representative data and information known to the petitioner which are unfavorable to the petition.

_____ (Signature)

Nicholas Isel  (Name of Petitioner)

(b) (6)  (Mailing Address)

(Telephone Number)

- 3 - of - 3 -


