# Exhibit F Denial of FDRR



July 24, 2020

**Via Email**

Michelle J. Rozovics, Esq.
The Historic Pierson Building
263 King Street
Crystal Lake, Illinois 60014
mrozovics@rozovicslaw.com

**RE:  Request for Review under 21 CFR 10.75**

Ms. Rozovics:

The purpose of this letter is to notify you that I am denying your request for review under 21 CFR 10.75, which you submitted on behalf of Nicholas Isel.  Your request seeks review of a decision made by Lowell Schiller, Principal Associate Commissioner for Policy, with respect to your previous request for administrative reconsideration under 21 CFR 10.33.

I have determined, in my discretion, that additional agency review is not warranted.  As evidenced by the written decisions denying both your original citizen petition and your petition for reconsideration, the agency has already thoroughly reviewed your arguments and the information submitted in support.

Sincerely,

Stephen M. Hahn, M.D.
Commissioner of Food and Drugs

cc:     Lowell Schiller, J.D., Principal Associate Commissioner for Policy
        Sheryl Lard-Whiteford, Ph.D, CBER Ombudsman

U.S. Food & Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD  20993
www.fda.gov