UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS ISEL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISITRATION, KYLE DIAMANTAS, J.D., in his official capacity as Acting Commissioner of Food and Drugs, U.S. Food and Drug Administration; GRACE GARAHAM, in her official capacity as Deputy Commissioner for Policy, Legislation, and International Affairs – U.S. Food and Drug Administration; KARIM MIKHAIL, M.S., in his official capacity as Director of the Center for Biologics Evaluation and Research (CBER) – U.S. Food and Drug Administration; OLIVIA ZIOLKOWSKI, JD, MPH, Ph.D. in her official capacity as Center for Biologics Evaluation and Research (CBER) Ombudsman – U.S. Food and Drug Administration; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR. in his official capacity as Secretary of the U.S. Department of Health and Human Services; DONALD J. TRUMP, President of the United States of America,<br><br>Defendants. | No. 26 C 8697<br><br>Judge Durkin |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case on behalf of the defendants. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Michael T. Morrell
MICHAEL T. MORRELL
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6206
michael.morrell@usdoj.gov