UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS ISEL,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION; KYLE DIAMANTAS, Acting Commissioner of Food and Drugs, U.S. Food and Drug Administration; GRACE GRAHAM, Deputy Commissioner for Policy, Legislation, and International Affairs, U.S. Food and Drug Administration; KARIM MIKHAIL, Director of the Center for Biologics Evaluation and Research (CBER), U.S. Food and Drug Administration; OLIVIA ZIOLKOWSKI, CBER Ombudsman, U.S. Food and Drug Administration; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., Secretary of the United States Department of Health and Human Services,<br><br>Defendants. | ) | No. 26 C 8697<br><br>Judge Durkin |

**<u>DEFENDANTS' OPPOSED MOTION TO DISMISS</u>**

Defendants, by their attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, pursuant to Fed. R. Civ. P. 12(b)(1), move to dismiss the complaint with prejudice for lack of subject matter jurisdiction. A memorandum in support is submitted with this motion. The parties propose the following briefing schedule: plaintiff's response in opposition to the motion to dismiss is due by December 7, 2026, and defendants' reply in support of the motion to dismiss is due by January 8, 2027.

WHEREFORE, defendants request that this court dismiss the complaint with prejudice pursuant to Rule 12(b)(1).

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Michael T. Morrell

MICHAEL T. MORRELL
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6206
michael.morrell@usdoj.gov